IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV432

| | |
|---|---|
| RONALD PERKINS,<br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA; LIBERTY MEDIA<br>CORPORATION; LIBERTY MEDIA<br>CORPORATION GROUP LONG TERM<br>DISABILITY INSURANCE PLAN<br>a/k/a LIBERTY MEDIA CORPORATION<br>HEALTH AND WELFARE PLAN | **ORDER SETTING**<br>**INITIAL PRETRIAL CONFERENCE** |

Pursuant to the request set forth in the Certification and Joint Rule 26(f) Report of Initial Attorneys' Conference (IAC) [doc. 15] counsel for the parties are hereby directed to appear before the undersigned for a Pretrial Conference. Such conference shall take place on **Thursday, February 2, 2006, at 11:00 a.m.** in Judge's Chambers, Room 230, at the United States Courthouse in Charlotte. Counsel should be prepared to discuss all matters set forth in the Certificate of IAC, as well as any other matters requiring the Court's attention. The parties themselves may, but are not required to, attend the Pretrial Conference.

So ordered.

Signed: January 23, 2006

Graham C. Mullen
United States District Judge