IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05cv432

| | |
|---|---|
| RONALD PERKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA, LIBERTY MEDIA )<br>CORPORATION, LIBERTY MEDIA )<br>CORPORATION GROUP LONG TERM )<br>DISABILITY INSURANCE PLAN )<br>a/k/a LIBERTY MEDIA )<br>CORPORATION HEALTH AND )<br>WELFARE PLAN )<br>)<br>Defendants. )<br>_____) | ORDER |

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal (Docket # 18).

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: March 29, 2007

Graham C. Mullen
United States District Judge

1